1   THOMAS E. FRANKOVICH (State Bar No. 074414)
    THOMAS E. FRANKOVICH,
2   *A PROFESSIONAL LAW CORPORATION*
    4328 Redwood Hwy., Suite 300
3   San Rafael, CA 94903
    Telephone:    415/674-8600
4   Facsimile:    415/674-9900

5   Attorneys for Plaintiffs
    LES JANKEY
6   and DISABILITY RIGHTS
    ENFORCEMENT, EDUCATION,
7   SERVICES: HELPING YOU
    HELP OTHERS

8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
12   LES JANKEY, an individual; and        )   **CASE NO.  CV-09-1449-MMC**
     DISABILITY RIGHTS, ENFORCEMENT, )
     EDUCATION, SERVICES:HELPING      )       **STIPULATION AND [PROPOSED]**
13   YOU HELP OTHERS, a California public )     **ORDER EXTENDING TIME FOR**
     benefit corporation,             )        **DEFENDANT KATHRYN SHAMIEH**
14                                     )        **CO-TRUSTEE OF THE FAMILY**
             Plaintiffs,               )        **TRUST DATED 01/15/1994 TO**
15                                     )        **RESPOND TO COMPLAINT**
     v.                                )
16                                     )
                                       )
17   TOFU VILLAGE, NK FOODS, INC.; and )
     GEORGE K. SHAMIEH and KATHRYN     )
18   SHAMIEH CO-TRUSTEES of THE        )
     FAMILY TRUST DATED 01/15/1994,    )
19                                     )
20           Defendants.               )
     _____ )
21

22          Plaintiffs LES JANKEY, an individual and DISABILITY RIGHTS, ENFORCEMENT,

23   EDUCATION, SERVICES: HELPING YOU HELP OTHERS ("DREES"), and Defendant

24   KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY TRUST DATED 01/15/1994, by and

25   through their respective counsel, respectfully request and make the following stipulation:

26          1.      Whereas, defendant KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY

27   TRUST DATED 01/15/1994 was personally served with the summons and complaint on May

28   7, 2009, an answer to the complaint was due on May 27, 2009;

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT KATHRYN SHAMIEH CO-TRUSTEE OF
THE FAMILY TRUST DATED 01/15/1994 TO RESPOND TO COMPLAINT
                                                                        **CV-09**-1449-MMC

1    2.    Whereas, defendant KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY

2    TRUST DATED 01/15/1994 requested a 30-day extension to respond to plaintiffs' complaint;

3    3.    Whereas, the parties are currently in negotiation to settle the above-referenced

4    case, and wish to reduce fees, costs and litigation expenses in so doing.  The parties need

5    additional time to negotiate the terms;

6    4.    Whereas, the parties believe it would be in the interests of efficiency and economy

7    to extend the deadline for defendant KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY

8    TRUST DATED 01/15/1994 to respond to the complaint, and to allow time to negotiate an

9    agreement;

10    5.    Whereas, defendant KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY

11    TRUST DATED 01/15/1994 further stipulates that defendant will comply with any and all due

12    dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any

13    scheduling order issued by this court prior to the date on which defendant's responsive pleading

14    is due; and

15    6.    Whereas, plaintiffs' have agreed to grant a 30-day extension of time for the

16    defendant KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY TRUST DATED

17    01/15/1994 to respond to the complaint.

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY TRUST DATED 01/15/1994 TO RESPOND TO COMPLAINT**

1    **IT IS STIPULATED:**

2        That the last day for Defendant KATHRYN SHAMIEH CO-TRUSTEE OF THE

3    FAMILY TRUST DATED 01/15/1994, to respond to the complaint shall be extended up to and

4    including June 26, 2009.

5    Respectfully submitted,

6

7    DATED: June 1, 2009                              THOMAS E. FRANKOVICH,
                                                      ***A PROFESSIONAL LAW CORPORATION***
8

9
                                                      By: _____/S/_____
10                                                         Thomas E. Frankovich
                                                      Attorneys for Plaintiffs LES JANKEY and
11                                                    DISABILITY RIGHTS ENFORCEMENT,
                                                      EDUCATION SERVICES: HELPING YOU
12                                                    HELP OTHERS

13   DATED: June 1, 2009                              RAMI S. SHAMIEH,
                                                      **Shamiyeh & Shamieh Attorneys at Law**
14

15
                                                      By: _____/S/_____
16                                                    Attorneys for Defendant KATHRYN SHAMIEH

17                                                    CO-TRUSTEE of THE FAMILY TRUST DATED

18                                                    01/15/1994

19                                    **<u>ORDER</u>**

20       **IT IS HEREBY ORDERED** that Defendant KATHRYN SHAMIEH CO-TRUSTEE OF

21   THE FAMILY TRUST DATED 01/15/1994 is granted an extension of time to and including

22   June 26, 2009, to answer or otherwise respond to plaintiffs' complaint.

23

24   DATED: __June 3_____, 2009         _____
                                          Honorable Maxine M. Chesney
25                                        United States District Judge

26

27

28

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY TRUST DATED 01/15/1994 TO RESPOND TO COMPLAINT**