1 | THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
2 | *A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
3 | San Rafael, CA 94903
Telephone:    415/674-8600
4 | Facsimile:    415/674-9900

5 | Attorneys for Plaintiffs
LES JANKEY
6 | and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
7 | SERVICES: HELPING YOU
HELP OTHERS
8
9 | UNITED STATES DISTRICT COURT
10 | NORTHERN DISTRICT OF CALIFORNIA

11
12 | LES JANKEY, an individual; and       )
DISABILITY RIGHTS, ENFORCEMENT, )
EDUCATION, SERVICES:HELPING     )
13 | YOU HELP OTHERS, a California public )
benefit corporation,                )
14 |                                    )
              Plaintiffs,              )
15 |                                    )
v.                                    )
16 |                                    )
                                      )
17 | TOFU VILLAGE, NK FOODS, INC.; and  )
GEORGE K. SHAMIEH and KATHRYN   )
18 | SHAMIEH CO-TRUSTEES of THE      )
FAMILY TRUST DATED 01/15/1994,  )
19 |                                    )
20 |              Defendants.             )
_____ )
21

CASE NO.  CV-09-1449-MMC

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT NK FOODS, INC. TO RESPOND TO COMPLAINT**

22 | Plaintiffs LES JANKEY, an individual and DISABILITY RIGHTS, ENFORCEMENT,

23 | EDUCATION, SERVICES: HELPING YOU HELP OTHERS ("DREES"), and Defendant NK

24 | FOODS, INC., by and through their respective counsel, respectfully request and make the

25 | following stipulation:

26 | 1.    Whereas, defendant NK FOODS, INC. was personally served with the summons

27 | and complaint on May 5, 2009, an answer to the complaint was due on May 26, 2009;

28 | ///

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT  NK FOODS, INC. TO RESPOND TO COMPLAINT

CV-09-1449-MMC

2.      Whereas, initially defendant NK FOODS, INC., requested a two-week extension to seek counsel and respond to plaintiffs' complaint;

3.      Whereas, defendant NK FOODS, INC. additionally requested the same extension granted to defendant KATHRYN SHAMIEH CO-TRUSTEES of THE FAMILY TRUST DATED 01/15/1994, June 26, 2009, to respond collaboratively to plaintiffs' complaint;

4.      Whereas, the parties are currently in negotiation to settle the above-referenced case, and wish to reduce fees, costs and litigation expenses in so doing.  The parties need additional time to negotiate the terms;

5.      Whereas, the parties believe it would be in the interests of efficiency and economy to extend the deadline for defendant NK FOODS, INC. to respond to the complaint, and to allow time to negotiate an agreement;

6.      Whereas, defendant NK FOODS, INC. further stipulates that defendant will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by this court prior to the date on which defendant's responsive pleading is due; and

7.      Whereas, plaintiffs' have agreed to grant additional time for defendant NK FOODS, INC. to respond to the complaint.

///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT  NK FOODS, INC. TO RESPOND TO COMPLAINT

1    **IT IS STIPULATED:**

2        That the last day for Defendant NK FOODS, INC., to respond to the complaint shall be

3    extended up to and including June 26, 2009.

4                          Respectfully submitted,

5

6    DATED: June 10, 2009            THOMAS E. FRANKOVICH,
                                *A PROFESSIONAL LAW CORPORATION*

7

8                            By: _____/S/_____

9                                  Thomas E. Frankovich
                             Attorneys for Plaintiffs LES JANKEY and

10                           DISABILITY RIGHTS ENFORCEMENT,
                             EDUCATION SERVICES: HELPING YOU

11                           HELP OTHERS

12   DATED: 6/10 , 2009          JASON G. GONG,
                                **LIVINGSTON LAW FIRM**

13

14

15                           By: _____

16                                 Jason G. Gong
                             Attorneys for Defendant NK FOODS, INC.

17                               **ORDER**

18       **IT IS HEREBY ORDERED** that Defendant NK FOODS, INC. is granted an extension

19   of time to and including June 26, 2009, to answer or otherwise respond to plaintiffs' complaint.

20

21

22   DATED: June 11 , 2009

23                           Honorable Maxine M. Chesney
                             United States District Judge

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT  NK FOODS, INC. TO RESPOND TO
COMPLAINT