IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, et al. | No. C-09-1449 MMC |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFFS TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |
| v. | |
| TOFU VILLAGE, et al., | |
| Defendants. | |

By order filed April 2, 2009, the parties and counsel were ordered to hold a joint inspection of the premises at issue herein no later than July 13, 2009. (See Scheduling Order for Cases Asserting Denial Of Right of Access Under ADA.) Further, plaintiffs were ordered to file a Notice of Need for Mediation no later than 45 days after the joint site inspection. (See id.) To date, plaintiffs have not filed a Notice of Need for Mediation.

Accordingly, plaintiffs are hereby ORDERED TO SHOW CAUSE, in writing and no later than October 2, 2009, why the above-titled action should not be dismissed for failure to prosecute. In the event plaintiffs file a Notice of Need for Mediation by October 2, 2009, this order will be discharged.

**IT IS SO ORDERED.**

Dated: September 18, 2009

MAXINE M. CHESNEY
United States District Judge