United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LES JANKEY, et al.,

    Plaintiffs,

  v.

TOFU VILLAGE, NK FOODS, INC., et al,

    Defendants
                             /

No. C 09-1449 MMC

**ORDER OF DISMISSAL**

    Plaintiffs having advised the Court that the parties have agreed to a settlement of this cause,

    IT IS HEREBY ORDERED that plaintiffs' claims be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

    **IT IS SO ORDERED.**

Dated: December 29, 2009

_____
MAXINE M. CHESNEY
United States District Judge